1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VAHAN JALADIAN,

11          Plaintiff,                No. CIV S-04-1304 LKK CMK P

12      vs.

13   C.A. HUGHES, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff has filed a document entitled "first set of interrogators [sic] for

17   C.A.Hughes, Correctional Counselor I, in according with Rule 33 of the Federal Rule of Civil

18   Procedure."  Plaintiff is informed that court permission is not necessary for discovery requests

19   and that neither discovery requests served on an opposing party nor that party's responses should

20   be filed until such time as a party becomes dissatisfied with a response and seeks relief from the

21   court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties

22   shall not be filed with the court unless, and until, they are at issue.

23          Accordingly, IT IS HEREBY ORDERED that plaintiff's June 9, 2005 "first set of

24   interrogators [sic] for C.A.Hughes, Correctional Counselor I, in according with Rule 33 of the

25   Federal Rule of Civil Procedure" will be placed in the court file and disregarded.  Plaintiff is

26   cautioned that further filing of discovery requests or responses, except as required by rule of

1

court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED:   June 23, 2005.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

/kf

jala1304.411

2