BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
JAMES E. FLYNN, State Bar No. 61139
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1976
 Fax: (916) 324-5205

Attorneys for Defendants Brown, Butler, Chandler,
Cribbs, Grannis, Hughes, and Rodriguez
48149286-SA2005101005

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **VAHAN JALADIAN,** | No. CIV S-04-1304 LKK CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES AND MOTIONS TO COMPEL** |
| v. | |
| **C. A. HUGHES, et al.,** | |
| Defendants. | |

Defendants' request for a 21-day extension of time to serve their responses to Plaintiff's First Request for Production of Documents, First Request for Admissions, and First Sets of Interrogatories, and their request that the Court extend the time to file motions to compel discovery 21 days, were considered by this Court and, good cause appearing;

**IT IS HEREBY ORDERED** that Defendants' requests are granted. Defendants shall serve their responses to Plaintiff's First Request for Production of Documents, First Request for

/ / /

1

*[Proposed] Order Granting Defendants' Request for Extension of Time
to Serve Discovery Responses and Motions to Compel*

Admissions, and First Sets of Interrogatories by no later than August 15, 2005. Further, the parties shall serve and file any motions to compel discovery by no later than September 2, 2005.

DATED: August 3, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE