IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **VAHAN JALADIAN,** | No. CIV S-04-1304 LKK CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **C. A. HUGHES, et al.,** | |
| Defendants. | |

Defendants have requested a 10-day extension of time to and including October 17, 2005, to file their motion for summary judgment. The court finds good cause for the request. Defendants shall file and serve their motion for summary judgment on or before October 17, 2005.

October 12, 2005

/s/ **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

Order
1