IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAHAN JALADIAN,

        Plaintiff,                  No. CIV S 04-1304 LKK CMK P

    vs.

C.A. HUGHES, et al.,

        Defendants.

_____/      <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is defendants' request to vacate the scheduling order dates.

///
///
///
///
///
///
///

1         In light of defendants' request and defendants' pending motion for summary
2   judgment, IT IS ORDERED that the dates set in the scheduling order filed April 27, 2005 for
3   pretrial statements, pretrial conference and trial are vacated.  The dates are subject to being reset,
4   if necessary, following disposition of defendants' motion for summary judgment.
5
6   DATED:   January 25, 2006.
7
8                                               **CRAIG M. KELLISON**
9                                                 UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26