UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

VAHAN JALADIAN,

        Plaintiff,                    No. CIV S-04-1304 LKK CMK P

vs.

CRIBBS,                                FURTHER ORDER & WRIT OF HABEAS
                                            CORPUS AD TESTIFICANDUM FOR VIDEO-
        Defendants.               CONFERENCING TRIAL CONFIRMATION
                                            HEARING

_____/

        VAHAN JALADIAN, inmate #CDC T-78270, a necessary and material witness in proceedings in this case on March 10, 2008, is confined in Pleasant Valley State Prison (PVSP) 24863 West Jayne Avenue, P.O. Box 8500, Coalinga, CA 93210, in the custody of the Warden James A. Yates; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Pleasant Valley State Prison (PVSP) 24863 West Jayne Avenue, P.O. Box 8500, Coalinga, CA 93210, March 10, 2008, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  Warden James A. Yates:  Pleasant Valley State Prison (PVSP) 24863 West Jayne Avenue, P.O. Box 8500, Coalinga, CA 93210**:**

        WE COMMAND you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 14, 2008

                                                            /s/ Craig M. Kellison
                                                            **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE