UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VAHAN JALADIAN,

        NO. CIV. S-04-1304 LKK/CMK P

    Plaintiff,

  v.

<u>O R D E R</u>

CRIBBS,

    Defendants.
                                    /

    Pursuant to the trial confirmation hearing held on March 10, 2008, the jury trial is confirmed for May 13, 2008. Plaintiff intends to subpoena McKellar and Loving as witnesses. Plaintiff also stipulated to the authenticity of the documents discussed in court (medical records, chrono).

    IT IS SO ORDERED.

    DATED: March 11, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1