IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN, | No. CIV S-04-1304-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CRIBBS, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant's proposed stipulation regarding the attendance of inmate Bryan Loving at trial (Doc. 81). Plaintiff has not responded to this proposed stipulation.

      Defendant Cribbs indicates that inmate Loving is not willing to testify at the trial, has no personal knowledge of the facts at issue in this case, plaintiff never asked Loving to testify, and that Loving did not sign the declaration plaintiff submitted to the court. Defendant objects to the testimony of Loving, except to the extent that Loving testify as his lack of knowledge and that he did not sign the declaration plaintiff submitted with Loving's signature. Defendant has requested plaintiff's stipulation as to the facts outlined in the proposed stipulation

relating to inmate Loving's lack of knowledge of the material facts of the case and his unwillingness to testify.

Plaintiff is required to respond to defendant's proposed stipulation regarding inmate Loving. Plaintiff will have 30 days to file any response he may have. If he does not file any response within 30 days of the date of this order, the court will vacate that portion of the court's prior order allowing inmate Loving to testify, and a no transport writ for inmate Loving will issue. If plaintiff files a response, the court will consider the defendant's declaration and any response plaintiff files in deciding whether inmate Loving will be allowed to testify.

To the extent defendant is requesting to submit the declarations attached to his proposed stipulation, he is referred to this court's order of December 7, 2007. That order explains the requirements for admitting exhibits at trial which were not included in the pre-trial statements. (See Doc. 58 at 17).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a response to defendant's proposed stipulation within 20 days of the date of this order;

2. If no response is filed, the court will vacate that portion of the court's prior order allowing inmate Loving to testify, and a no transport writ for inmate Loving will issue; and

3. If plaintiff does file a response, the court will consider defendant's declaration and any response plaintiff files in deciding whether inmate Loving will be allowed to testify.

DATED: July 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE