# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

VAHAN JALADIAN,

        Plaintiff,           No. CIV S 04-1304 LKK CMK P

  vs.

CRIBBS,

        Defendant.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Vahan Jaladian, inmate # T-78270, a necessary and material witness in proceedings in this case on January 21, 2009, is confined in Pleasant Valley State Prison, P.O. Box 8500, Coalinga, California 93210, in the custody of the Warden James A. Yates. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Nandor J. Vadas at California State Prison Solano, 2100 Peabody Road, Vacaville, California 95696, on January 21, 2009, at 11:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in proceedings at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Pleasant Valley State Prison, P.O. Box 8500, Coalinga, California 93210, fax number 559-935-4903.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden James A. Yates of Pleasant Valley State Prison, P.O. Box 8500, 24863 West Jayne Avenue, Coalinga, California 93210:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 29, 2008

                                                      */s/ Craig M. Kellison*
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE