**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN,<br><br>    Plaintiff,<br><br>    v<br><br>C.A. HUGHES,<br><br>    Defendants. | Case No C 04-1304 LKK CMK<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on January 21, 2009. The results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation, Stephanie Wheatly

(2)   The following individuals, parties, and/or representatives did not appear:

(3)   The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.  Plaintiff refused to participate.

Date:  2/17/09

_____
Nandor J Vadas
United States Magistrate Judge
Northern District of California
Sitting by Designation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALADIAN | No. C 04-1304 LKK CMK |
| v. | CERTIFICATE OF SERVICE |
| CRIBBS  _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/17/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Vahan Jaladian**
T-78270
PLEASANT VALLEY STATE PRISON (8503)
P.O. BOX 8503
COALINGA, CA 93210-8503

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3