IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHAN JALADIAN, | No. CIV S-04-1304-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CRIBBS, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On October 1, 2009, Plaintiff filed a "Notice of Material Breach of the Terms and Conditions of Settlement Agreement Affecting Stipulation for Voluntary Dismissal" (Doc. 104), which the court construed as motion to vacate the judgment under Federal Rule of Civil Procedure 60(b).  In that motion, Plaintiff indicated that the stipulated settlement had not been fulfilled by Defendant as agreed, stating that the agreed upon amount of settlement was not deposited into his inmate trust account.  The court requested a response by the Defendant, which was filed on November 2, 2009 (Doc. 106).

      On November 23, 2009, Plaintiff filed a new "motion" indicating that he is withdrawing his previous motion (Doc. 107).  Plaintiff apparently did not have all of the correct

1 | information at the time his filed his previous motion.  He has now received a corrected inmate
2 | trust account statement which appears to have cleared up any misunderstanding between the
3 | parties.
4 |       Accordingly, Plaintiff's new motion (Doc. 107) requesting to withdraw his
5 | previous motion, is granted.  The granting of Plaintiff's new motion renders his previous motion
6 | (Doc. 104) moot.  Accordingly, the Clerk of the Court is directed to terminate Plaintiff's previous
7 | motion (Doc. 104) as a pending motion.
8 |       IT IS SO ORDERED.

DATED: December 4, 2009

*[signature]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE